**FILED**

MAY 28 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____cp_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14CR1285-DMS |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) | |
| ZOHRA LEGLER, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed with prejudice.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 5/28/15

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge